U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 SEP 14 PM 3: 38

CLERK

BY __Uw__
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

LINDA KIRSHNER,   )
            )
    Plaintiff,   )
v.          )
            ) Case No. 2:23-cv-397
GREGORY E. SMITH,   )
            )
    Defendant.   )

**Complaint to Domesticate and Enforce Foreign Judgment**

NOW COMES Plaintiff, Linda Kirshner, to domesticate and enforce a judgment entered against Defendant Gregory E. Smith by the Circuit Court of Cook County, Illinois. In support of her complaint, Plaintiff states as follows:

**Parties**

1. Plaintiff is a citizen of the state of Illinois.

2. Defendant is a citizen of the state of Vermont.

**Jurisdiction and Venue**

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because the instant dispute is a controversy wholly between citizens of different states and the amount in controversy, exclusive of interests and costs, exceeds $75,000.

4. This Court has personal jurisdiction over defendant because he is a citizen of this state.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 (b) (1) because defendant resides in this district.

1

## The Judgment

6. On November 17, 2020, plaintiff sued defendant in the Circuit Court of Cook County (where defendant resided at the time) for breach of contract and other claims.

7. On July 25, 2023, such court granted plaintiff's motion for summary judgment and entered judgment against defendant for $156,000 (the "**Judgment**"). A copy of the Judgment is attached as Exhibit 1.

8. On August 15, 2023, such court dismissed plaintiff's remaining claims against defendant and noted that all other claims against other parties had been resolved, rendering the Judgment against defendant final and enforceable. A copy of that order is attached as Exhibit 2.

9. Interest has accrued and will continue to accrue at a rate of nine percent per annum pursuant to 735 ILCS 5/2-1303(a).

10. To date, defendant has not satisfied any portion of the Judgment.

THEREFORE, plaintiff seeks to domesticate and enforce the Judgment against defendant in the state of Vermont.

Dated: September 13, 2023

Respectfully submitted,

**Linda Kirshner**

By: _____
Donald E. Frechette
Locke Lord LLP
111 Huntington Avenue
9th Floor
Boston, MA  02199-7613
F: 617-239-0713
C: 860-305-5474
*donald.frechette@lockelord.com*

Her Attorneys