UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Linda Kirshner, | |
| Plaintiff, | |
| v. | Civil Action No. 2:23–cv–397 |
| Gregory E. Smith, | |
| Defendant. | |

## **ORDER**

On or before October 26, 2023, Plaintiff shall return executed her Magistrate Judge

Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 19th. day of October 2023.

/s/ Kevin J. Doyle
Kevin J. Doyle
United States Magistrate Judge