UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| LINDA KIRSHNER,<br><br>      Plaintiff,<br>v.<br><br>GREGORY E. SMITH,<br><br>      Defendant. | )<br>)<br>)<br>)<br>) Case No. 2:23-cv-00397<br>)<br>)<br>)<br>) |

### Plaintiff's Motion for Entry of Default Judgment

Plaintiff, Linda Kirshner, moves for entry of a default judgment against defendant Gregory E. Smith pursuant to *Federal Rule of Civil Procedure* 55 (b) (2) and *Local Rule* 55 (c), and states the following in support thereof.

### Introduction

Plaintiff filed her *Complaint to Domesticate and Enforce Foreign Judgment* on September 14, 2023 (ECF No. 1) and served defendant on October 15, 2023, all as reflected in the affidavit of service filed in this case. (ECF No. 3.) To date, defendant has not appeared, answered, or otherwise responded to the complaint. As a result, a default was entered against him on January 22, 2024. (Ex. 1, Entry of Default; *see also*, ECF No. 9.)

### Argument

The entry of a default establishes defendant's liability "if [the] allegations [in the complaint] are sufficient to state a cause of action against the defendant[ ]." *Gesualdi v. Quadrozzi Equip. Leasing Corp.*, 629 F. App'x 111, 113 (2d Cir. 2015); *see also Revision Military Ltd. v. Gideon Services, Inc.*, 2017 WL 5632700, at *3 (D. Vt. Oct. 31, 2017) (default establishes defendant's liability "as long as the complaint has stated a valid cause of action"). This case is unique in that plaintiff is not asking this Court to enter a monetary judgment against defendant

1

based on the underlying facts of the parties' dispute or the merits of the underlying suit.  Rather, plaintiff seeks only to enforce a judgment already entered in her favor against defendant in the Circuit Court of Cook County, Illinois.  As detailed in plaintiff's motion for summary judgment (ECF No. 10), the allegations in the complaint entitle plaintiff to judgment as a matter of law because the judgment of the Illinois court is entitled to full faith and credit in Vermont.  Defendant has not responded to plaintiff's motion for summary judgment.  As such, plaintiff asks that the Court enter a judgment in substantially the same form as the proposed order attached hereto as Exhibit 2, which order recognizes that the Illinois judgment is entitled to full faith and credit in Vermont and that plaintiff can therefore now enforce such judgment in this state.

For the foregoing reasons, plaintiff respectfully requests the Court enter a default judgment in favor of plaintiff and against defendant.

Dated: March 20, 2024                                             Respectfully submitted,

**Linda Kirshner**

By: /s/ *Donald E. Frechette*
One of Her Attorneys

Donald E. Frechette
Locke Lord LLP
111 Huntington Avenue
9th Floor
Boston, MA  02199-7613
F: 617-239-0713
C: 860-305-5474
*donald.frechette@lockelord.com*

**Certificate of Service**

I hereby certify that I caused the foregoing to be served upon all persons and entities authorized and registered to receive such service through the Court's electronic filing system on March 20, 2024.

/s/ *Donald E. Frechette*