```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                        DISTRICT OF VERMONT

LINDA KIRSHNER,                      :
                 Plaintiff,          :
                                     :
       v.                            : Docket No. 2:23-CV-397
                                     :
GREGORY E. SMITH,                    :
                 Defendant.          :
```

ORDER

    The Report and Recommendation of the United States Magistrate Judge was filed July 10, 2024.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

    IT IS HEREBY ORDERED that the Plaintiff's Amended Motion for Entry of Default Judgment (Doc. 21) is GRANTED.  The Court also orders that judgment against defendant, Gregory E. Smith and in favor of Plaintiff in the amount of the Illinois state court judgment, $156,000, plus post-judgment interest applied from the date the Clerk of Court enters judgment until the date of payment.  For the purposes of enforcement of the Illinois judgment in this District, this Court notes that any final judgment of this Court will not alter or supersede the Illiois judgment but simply recognize the judgment and accord it the same force and effect

as it would be given in the state court of Illinois.

Dated at Burlington, in the District of Vermont, this 1st day of August, 2024.

/s/ William K. Sessions III  
William K. Sessions III  
District Court Judge