# UNITED STATES DISTRICT COURT
для the
District of Vermont

| | |
|---|---|
| LINDA KIRSHNER | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:23-cv-397 |
| GREGORY E. SMITH | ) |
| *Defendant(s)* | ) |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order (Document 25) filed August 2, 2024, the Magistrate Judge's Report and Recommendation (Document 22) is ADOPTED and Plaintiff's Amended Motion for Entry of Default Judgment (Document 21) is GRANTED. JUDGMENT IS HEREBY entered in the amount of One Hundred Fifty-Six Thousand Dollars ($156,000), plus post-judgment interest from the date judgment is entered until the date of payment for plaintiff Linda Kirshner, against defendant Gregory E. Smith.

The effective post-judgment interest rate is: 4.83 percent.

Date: August 2, 2024

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED: 8/2/2024

*/s/ Lisa Wright*
*Signature of Clerk or Deputy Clerk*